IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM M. DUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:09cv973-MHT |
| ) | (WO) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT and DECREE of the court that the decision of defendant Commissioner of Social Security is reversed and this case is remanded to defendant Commissioner of Social Security for further consideration and proceedings consistent with the recommendation of the United States Magistrate Judge.

It is further ORDERED that costs are taxed against defendant Commissioner of Social Security, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case is closed.

DONE, this 25th day of March 2011.

/s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE